IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRELL SMITH,

    Plaintiff,

v.                                 CASE NO. 4:19cv183-RH-CAS

OFFICER GLASS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 12, and the objections, ECF No. 13. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The second report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on October 25, 2019.

                                          s/Robert L. Hinkle
                                          United States District Judge